UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN LASHON HALL, | No. 2:23-cv-0680 DJC DB P |
| Plaintiff, | |
| v. | ORDER |
| JENNIFER GARY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 5, 2024, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  Plaintiff has not filed objections to the findings and recommendations.[1]

////

////

---

[1] On March 7, 2024, Plaintiff filed a document with the Court (ECF No. 15) that the Court construes as an attempt to provide additional support for the allegations in his complaint.  However, even considering this information, Plaintiff has not responded to the defects identified in the Magistrate Judge's various orders in this case.

1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 12) are adopted in full;
2. The second amended complaint is dismissed without leave to amend; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 10, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DLB:9/hall0680.800

2